# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DUBOIS, JAN E. | U.S.D.C., E.D., PA | 08/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, U.S.D.C. | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

12613 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 10. General Electric Co. (11) | C | Dividend | L | T | Donated (part) | | | | |
| 2. 58. Home Depot Inc. (5) IRA | C | Dividend | M | T | | | | | |
| 3. 59. Intel Corp. (5) IRA | C | Dividend | M | T | | | | | |
| 4. 69. Merck & Co. (5) IRA | C | Dividend | M | T | | | | | |
| 5. 94. Wells Fargo (10) | A | Interest | J | T | | | | | |
| 6. 99. NCR Corporation (12) | | None | J | T | | | | | |
| 7. 102. CitiGroup (5) IRA | B | Dividend | L | T | | | | | |
| 8. 125. Citigroup (9) | A | Dividend | J | T | | | | | |
| 9. 137. Cisco Sys Inc. (5) IRA | C | Dividend | M | T | | | | | |
| 10. 152. Pfizer, Inc. (5) IRA | C | Dividend | M | T | | | | | |
| 11. 162. Ishares MSCI EAFE Fund (6) IRA | B | Dividend | K | T | | | | | |
| 12. 165. BDP-Morgan Stanley Bank (11) | A | Interest | J | T | | | | | |
| 13. 166. Royal Dutch Shell PLC(12) | B | Dividend | K | T | | | | | |
| 14. 173. BDP Morgan Stanley Bank (12) | A | Interest | L | T | | | | | |
| 15. 184. BDP- Morgan Stanley Bank (9) | A | Interest | J | T | | | | | |
| 16. 186. BDP - Morgan Stanley Bank (5) IRA | A | Interest | K | T | | | | | |
| 17. 189. Starbucks Corp. Washington (5) IRA | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. 193. AT&T (12) | C | Dividend | L | T | | | | | |
| 19. 194. Teradata (12) | | None | J | T | | | | | |
| 20. 197. Manitex Intl Inc. Com. (12) | | None | K | T | | | | | |
| 21. 203. Wisdom Tree Int'l Large CAP (DOL) (6) IRA | B | Dividend | K | T | | | | | |
| 22. 204. Ishares MSCI Emerging Mkts FD(6) IRA | A | Dividend | K | T | | | | | |
| 23. 207. Chesapeake Energy Corp. (5) IRA | | None | J | T | | | | | |
| 24. 211. Morgan Stanley (9) | B | Dividend | L | T | | | | | |
| 25. 213. BDP - Morgan Stanley Bank (6) IRA | A | Interest | K | T | | | | | |
| 26. 215. Facebook Inc. Cl-A (5) IRA | | None | M | T | | | | | |
| 27. 217. Facebook Inc Cl-A (6) IRA | | None | L | T | | | | | |
| 28. 221. USA Technologies (12) | | None | K | T | Sold (part) | 09/19/19 | K | D | |
| 29. 222. Apple, Inc. (11) | C | Dividend | N | T | | | | | |
| 30. 223. Donnelly RR & Sons Co. (9) | A | Dividend | J | T | | | | | |
| 31. 224. Freeport McMoran CP&GLD (6) IRA | A | Dividend | J | T | | | | | |
| 32. 227. Vodaphone (9) | B | Dividend | K | T | Buy (add'l) | 04/05/19 | K | | |
| 33. 228. Williams Co Inc (9) | B | Dividend | K | T | | | | | |
| 34. 232. Discover Fincl Svcs (5) IRA | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. 233. Donnelly Financial Solutions, Inc. (9) (61) | | None | | | Sold | 04/05/19 | J | A | |
| 36. 234. LSC Communications, Inc. Com (9) | A | Dividend | | | Sold | 04/05/19 | J | A | |
| 37. 235. Crown Castle International Corporation (9) | B | Dividend | K | T | Sold (part) | 04/05/19 | J | C | |
| 38. 237. ESC Seventy Seven (5) IRA | | None | J | T | | | | | |
| 39. 240. Arceleromittal CL A NY Registry (5) IRA (65) | A | Dividend | K | T | | | | | |
| 40. 241. Dow DuPont Inc. (5) IRA (69)(70) | A | Dividend | | | Closed | 6/3/19 | K | | |
| 41. 242. Federated US Trsy Csh Res Inst (11) | C | Interest | L | T | | | | | |
| 42. 243. Ventas Inc. (12) | C | Dividend | K | T | | | | | |
| 43. 244. Federated US Trsy Csh Res Inst (5) | D | Interest | N | T | | | | | |
| 44. 245. Clearway Energy Inc. Class A (9)(68) | B | Dividend | K | T | | | | | |
| 45. 246. Wabtec Corp. (11) (71) | A | Dividend | J | T | Spinoff (from line 1) | 02/28/19 | J | | |
| 46. | | | | | Sold (part) | 02/28/19 | J | A | |
| 47. 247. Corteva, Inc. (5) IRA (70) | A | Dividend | J | T | Spinoff (from line 40) | 06/05/19 | J | | |
| 48. 248. Dow, Inc. (5) IRA (70) | B | Dividend | K | T | Spinoff (from line 40) | 04/04/19 | K | | |
| 49. 249. DuPont DeNemours, Inc. (5) IRA (69) | A | Dividend | K | T | Spinoff (from line 40) | 06/03/19 | K | | |
| 50. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DUBOIS, JAN E.** | 08/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(5) (Lines 58, 59, 69, 102, 137, 152, 186, 189, 207, 215, 232, 237, 240, 241, 244, 247, 248, 249) Securities in an IRA Account with Morgan Stanley.

(6) (Lines 162, 203, 204, 213, 217, 224) Securities IRA Account with Morgan Stanley.

(9) (Lines 125, 184, 211, 223, 227, 228, 233, 234, 235, 245) Securities in Family Trust with Morgan Stanley.

(10) (Line 94) Checking Account

(11) (Lines 10, 165, 222, 242, 246) Securities in a Brokerage Account with Morgan Stanley.

(12) (Lines 99, 166, 173, 193, 194, 197, 221, 243) Securities in Brokerage Account with Morgan Stanley.

(69) (Lines 241, 249) Even exchange from Dow DuPont, Inc., to DuPont De Nemours, Inc.

(70) (Lines 241, 247, 248) Spinoff from Dow DuPont, Inc., to both Corteva, Inc., and Dow, Inc.

(71) (Lines 10, 246) Spinoff from General Electric to Wabtec Corp.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAN E. DUBOIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544